UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                         CASE NO.  6:18-bk-622-CCJ

INFINITY CUSTOM HOMES, LLC,                    CHAPTER 11

        Debtor.
_____/

APPLICATION OF INFINITY CUSTOM HOMES, LLC,
TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF
LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO FEBRUARY 2, 2018

INFINITY CUSTOM HOMES, LLC, debtor and debtor-in-possession ("Debtor"), hereby seeks to employ R. Scott Shuker and the law firm of Latham, Shuker, Eden & Beaudine, LLP, ("Latham Shuker") as its counsel in this case, *nunc pro tunc* to February 2, 2018, and, in support thereof, states:

1. On February 2, 2018, the Debtor filed its voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code (the "Code"). No trustee has been appointed, and the Debtor is administering its case as a debtor-in-possession.

2. The Debtor is a Florida limited liability corporation founded in 2016 for the purpose of acquiring, developing, and designing custom homes in Winter Park, Florida. The Debtor currently has six homes under development. One home is completed and ready for sale and another is approximately sixty percent (60%) completed. The Debtor anticipates employing a real estate broker to market and sell the homes which are almost completed.

3. As of the Petition Date, membership interests of the Debtor are held, 50% by David Croft and 50% by Caroline Croft (collectively, the "Crofts"). The Debtor has no other officers or directors.

4. The Debtor desires to employ Latham Shuker, under § 327(a) of the Bankruptcy Code, to assist the Debtor in its bankruptcy case.

5. The Debtor has selected Latham Shuker because:

(a) partners and associates of Latham Shuker have substantial experience in rendering the types of legal services that will be required in this case;

(b) partners and associates of Latham Shuker are admitted to practice in this Court; and

(c) Latham Shuker will be able to efficiently and cost-effectively render services necessary in this Chapter 11 case.

6. In the continuation of the Debtor's estate and in the administration of this case, legal services will be required as to, but not limited to, the following;

(a) advising as to the Debtor's rights and duties in this case;

(b) preparing pleadings related to this case, including a disclosure statement and a plan of reorganization; and

(c) taking any and all other necessary action incident to the proper preservation and administration of this estate.

7. Latham Shuker has represented the Debtor since on or about January 26, 2018 in connection with creditor workout issues, the preparation and filing of the voluntary

petition under Chapter 11 of the United States Bankruptcy Code ("Code"), and preparation of related initial pleadings in this case.

8. To the best of Debtor's knowledge, Latham Shuker has no connection with the creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

9. Latham Shuker does not represent, nor has it in the past, the individual interests of any officer, director, member or shareholder of the Debtor.

10. Latham Shuker, as counsel for Debtor-in-Possession in this case, does not believe it holds any interest adverse to the Debtor's estate; and believes it is a "disinterested person" as defined within § 101(14) of the Bankruptcy Code.

11. The terms of employment agreed to between the Debtor and Latham Shuker, subject to approval of the Court, are that services will be billed at the standard hourly rates of the respective attorneys and paralegals of Latham Shuker, which rates range from $575 for its most experienced partners and attorneys to $105 for its most junior paraprofessionals and which are subject to periodic adjustment to reflect economic and other considerations. Latham Shuker will apply its advance fee to its periodic billings subject to interim and final applications for compensation and approval by the Court, and, at an appropriate time, Latham Shuker may make application for an award of additional compensation. The Debtor, subject to Court approval, shall be responsible for all fees and expenses incurred by Latham Shuker.

12. Prior to the commencement of this case, the Debtor paid an advance fee of $30,000.00 for post-petition services and expenses in connection with this case.

13.     Debtor has paid Latham Shuker $20,000.00 on a current basis, for services rendered and costs incurred prior to commencement of this case, including the preparation of the petition for reorganization under Chapter 11 of the Code, all related initial pleadings filed in this case, and prepetition expenses in this case, including the filing fee for the voluntary petition.

**WHEREFORE**, Infinity Custom Homes, LLC, respectfully requests the entry of an order authorizing it to retain and employ R. Scott Shuker and the law firm of Latham, Shuker, Eden & Beaudine, LLP, as its bankruptcy counsel in this case, *nunc pro tunc,* to January 26, 2018, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 7TH day of February 2018.

                                    **INFINITY CUSTOM HOMES, LLC**

                                    _____
                                    David P. Croft, Manager

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  CASE NO.  6:18-bk-622-CCJ

INFINITY CUSTOM HOMES, LLC,  CHAPTER 11

      Debtor.
_____/

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the **APPLICATION OF INFINITY CUSTOM HOMES,, LLC, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO FEBRUARY 2, 2018** together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Infinity Custom Homes, LLC, Attn: David Croft and Caroline Croft; P.O. Box 352, Winter Park, FL 32790; Selven Pursooramen and Vanessa Parsooramen, 6006 Sunset Isle Drive, Winter Garden, FL 34787, the Local Rule 1007-2 parties-in-interest, as shown on the matrix attached to the original of this motion filed with the Court; all parties who receive notice via CM/ECF in the ordinary course, and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 7th day of February 2018.

      /s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice@lseblaw.com
Daniel A. Velasquez
Florida Bar No. 0098158
dvelasquez@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Ave, Suite 1400
P.O. Box 3353   (32802-3353)
Orlando, Florida   32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-00622-CCJ<br>Middle District of Florida<br>Orlando<br>Wed Feb  7 11:09:01 EST 2018 | Infinity Custom Homes, LLC<br>PO Box 352<br>Winter Park, FL 32790-0352 | Alert All Security Inc<br>PO Box 916201<br>Longwood, FL 32791-6201 |
| Beaver Door And Trim<br>7000 Edgewater Dr<br>Orlando, FL 32810-4156 | Bellview Home Center<br>11655 US Hwy 441<br>Bellview, FL 34420-4561 | Coverings Inc<br>309 Altamonte Commerce Blvd<br>Suite 1516<br>Altamonte Springs, FL 32714-2552 |
| D&Y Sunshine State Svc Corp<br>2961 Estill St<br>Deltona, FL 32738-4228 | Electrical Partners of<br>Central Florida<br>510 Douglas Ave<br>Altamonte Springs, FL 32714-2595 | FRJ Remodeling<br>Attn: Jasser Garcia<br>538 N Winter Park Dr<br>Casselberry, FL 32707-3124 |
| Feely Developments<br>Attn: Ryan Feely<br>645 Pansy Ave<br>Winter Park, FL 32789-2432 | JC Plumbing Enterprises<br>Attn: John Calero<br>7628 Redwood Country Rd<br>Orlando, FL 32835-5145 | KEL MAC Management Trust LLC<br>Attn: Ken Kellaway<br>1 Kellaway Dr<br>Randolph, MA 02368-5074 |
| Lovelace Gas Service Inc<br>Attn: Gary Lovelace<br>10606 E Colonial Dr<br>Orlando, FL 32817-4497 | Natural Air Energy<br>326 Commerce Ct<br>Winter Haven, FL 33880-1280 | PB Interiors<br>Attn: Susan Pridgen<br>3090 Carmello Ave<br>Orlando, FL 32814-6754 |
| South Milhausen<br>Attn: Clay Deatherage, Esq<br>1000 Legion Place, Ste 1200<br>Orlando, FL 32801-1005 | Superior Custom Shutters<br>620 Douglas Ave, Ste 1302<br>Altamonte Springs, FL 32714-2546 | The Concrete Man<br>549 Wellon Ave<br>Orlando, FL 32833-3634 |
| Vileno Environmental<br>Attn: Nick Vileno<br>2895 Mercy Drive<br>Orlando, FL 32808-3807 | Waterline Pools and Spa, Inc<br>Attn: Vic Norberg<br>5605 Hansel Ave<br>Orlando, FL 32809-4215 | Wayne Slaymaker LLC<br>2573 Forsyth Road<br>Orlando, FL 32807-6451 |
| Wolfe-Rizor Interiors<br>Attn: Abigail Rizor<br>935 N Orange Ave<br>Winter Park, FL 32789-4767 | Carolyn S Crichton +<br>Lewis & Crichton<br>Post Office Box 1119<br>Winter Park, FL 32790-1119 | R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| Elena L Escamilla +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     0<br>Total                  25 |