UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                              CASE NO.  6:18-bk-622-CCJ

INFINITY CUSTOM HOMES, LLC,            CHAPTER 11

           Debtor.
_____/

**VERIFIED STATEMENT PURSUANT TO RULE 2014 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF
APPLICATION OF INFINITY CUSTOM HOMES, LLC,
TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF
LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO FEBRUARY 2, 2018**

I, R. Scott Shuker, in accordance with F.R.B.P. 2014, make the following verified statements in support of the Application of Infinity Custom Homes, LLC (the "Debtor"), to Employ R. Scott Shuker and the Law Firm of Latham, Shuker, Eden & Beaudine, LLC, as Debtor's Counsel, *nunc pro tunc* to February 2, 2018 ("Application"):

1.     I am a partner with the firm of Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), and have been duly admitted to practice in this Court.

2.     Latham Shuker was retained by the Debtor on or about January 26, 2018 and has been kept current on its bills and has not received any preferential payments as defined in 11 U.S.C. § 547.

3.     Latham Shuker is not a creditor of the Debtor.

4. Latham Shuker has represented the Debtor since on or about January 26, 2018 in connection with creditor workout issues, the preparation and filing of the voluntary petition under Chapter 11 of the United States Bankruptcy Code ("Code"), and preparation of related initial pleadings in this case.

5. To the best of its knowledge, Latham Shuker has no connection with the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

6. Latham Shuker does not represent, nor has it in the past, the individual interests of any officer, director, member or shareholder of the Debtor.

7. Latham Shuker, as counsel for Debtor-in-Possession in this case, does not believe it holds any interest adverse to the Debtor's estate; and believes it is a "disinterested person" as defined within § 101(14) of the Bankruptcy Code.

8. Latham Shuker has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office. Partners and associates of Latham Shuker have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

9. The factual statements set forth in this verified statement have been made based on (1) a personal review by me and my staff of the list of creditors of the Debtor, (2) a computer search of Latham Shuker's client list, and (3) a memorandum circulated to all of Latham Shuker's attorneys requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

**DATED AND EXECUTED** this 7TH day of February 2018.

R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice1@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Avenue, Suite 1400
P.O. Box 3353   (32802-3353)
Orlando, Florida   32801
Tel: (407) 481-5800; Fax: (407) 481-5801
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                            CASE NO.   6:18-bk-622-CCJ

INFINITY CUSTOM HOMES, LLC,                       CHAPTER 11

          Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF INFINITY CUSTOM HOMES,, LLC, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL, *NUNC PRO TUNC* TO FEBRUARY 2, 2018** together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to:   Infinity Custom Homes, LLC, Attn:   David Croft and Caroline Croft; P.O. Box 352, Winter Park, FL 32790; Selven Pursooramen and Vanessa Parsooramen, 6006 Sunset Isle Drive, Winter Garden, FL 34787, THE Local Rule 1007-2 parties-in-interest, as shown on the matrix attached to the original of this motion filed with the Court; all parties who receive notice via CM/ECF in the ordinary course, and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this _7TH_ day of February 2018.

                                                                 _____
                                                                 R. Scott Shuker, Esdq.

```
Label Matrix for local noticing          Infinity Custom Homes, LLC              Alert All Security Inc
113A-6                                   PO Box 352                              PO Box 916201
Case 6:18-bk-00622-CCJ                   Winter Park, FL 32790-0352              Longwood, FL 32791-6201
Middle District of Florida
Orlando
Wed Feb  7 11:09:01 EST 2018

Beaver Door And Trim                     Bellview Home Center                    Coverings Inc
7000 Edgewater Dr                        11655 US Hwy 441                        309 Altamonte Commerce Blvd
Orlando, FL 32810-4156                   Bellview, FL 34420-4561                 Suite 1516
                                                                                 Altamonte Springs, FL 32714-2552


D&Y Sunshine State Svc Corp              Electrical Partners of                  FRJ Remodeling
2961 Estill St                           Central Florida                         Attn:  Jasser Garcia
Deltona, FL 32738-4228                   510 Douglas Ave                         538 N Winter Park Dr
                                         Altamonte Springs, FL 32714-2595        Casselberry, FL 32707-3124


Feely Developments                       JC Plumbing Enterprises                 KEL MAC Management Trust LLC
Attn:  Ryan Feely                        Attn:  John Calero                      Attn:  Ken Kellaway
645 Pansy Ave                            7628 Redwood Country Rd                 1 Kellaway Dr
Winter Park, FL 32789-2432               Orlando, FL 32835-5145                  Randolph, MA 02368-5074


Lovelace Gas Service Inc                 Natural Air Energy                      PB Interiors
Attn:  Gary Lovelace                     326 Commerce Ct                         Attn:  Susan Pridgen
10606 E Colonial Dr                      Winter Haven, FL 33880-1280             3090 Carmello Ave
Orlando, FL 32817-4497                                                           Orlando, FL 32814-6754


South Milhausen                          Superior Custom Shutters                The Concrete Man
Attn:  Clay Deatherage, Esq              620 Douglas Ave, Ste 1302               549 Wellon Ave
1000 Legion Place, Ste 1200              Altamonte Springs, FL 32714-2546        Orlando, FL 32833-3634
Orlando, FL 32801-1005


Vileno Environmental                     Waterline Pools and Spa, Inc            Wayne Slaymaker LLC
Attn:  Nick Vileno                       Attn:  Vic Norberg                      2573 Forsyth Road
2895 Mercy Drive                         5605 Hansel Ave                         Orlando, FL 32807-6451
Orlando, FL 32808-3807                   Orlando, FL 32809-4215


Wolfe-Rizor Interiors                    Carolyn S Crichton +                    R Scott Shuker +
Attn:  Abigail Rizor                     Lewis & Crichton                        Latham Shuker Eden & Beaudine LLP
935 N Orange Ave                         Post Office Box 1119                    Post Office Box 3353
Winter Park, FL 32789-4767               Winter Park, FL 32790-1119              Orlando, FL 32802-3353


Elena L Escamilla +                      Note: Entries with a '+' at the end of the    End of Label Matrix
Office of the United States Trustee      name have an email address on file in CMECF   Mailable recipients    25
400 W. Washington Street                                                               Bypassed recipients     0
Suite 1100                                                                             Total                  25
Orlando, FL 32801-2440
```