UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                         CASE NO.   6:18-bk-622-CCJ

INFINITY CUSTOM HOMES, LLC,                    CHAPTER 11

        Debtor.
_____/

## MOTION BY INFINITY CUSTOM HOMES, LLC, FOR AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS

**INFINITY CUSTOM HOMES, LLC**, debtor and debtor-in-possession (the "Debtor"), files this motion, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an extension of time to file its schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (the "Motion"), and respectfully represents as follows:

1. On February 2, 2018 ("Petition Date"), Debtor filed its voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code (the "Code"). No trustee has been appointed, and the Debtor is administering its case as a debtor-in-possession.

2. No creditors' committee has yet been appointed in this case by the Office of the United States Trustee. No trustee or examiner has been requested or appointed in this case.

3. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. By this Motion, the Debtor seeks an extension of the period in which to complete and file its schedules of assets and liabilities, schedules of executory contracts and unexpired

leases, and statement of financial affairs (collectively, the "Schedules"), as required by § 521 of the Bankruptcy Code, FRBP 1007 and Local Rule 1007-1. Specifically, the Debtor requests that such period be extended from February 16, 2018 to Wednesday, February 21, 2018, a date nineteen (19) days from the Petition Date, without prejudice to the Debtor's right to seek an additional extension upon cause. Such time period represents an extension of five (5) days beyond the initial fourteen (14) days allowed under FRBP 1007(c).

5. On the Petition Date, the Debtor attached to its voluntary petition, a list of creditors holding the twenty largest unsecured claims, excluding insiders, against the Debtor's estate, which includes the estimated amounts that each such creditor is owed and the basis for each claim.

6. In order to prepare the Schedules and Statement of Financial Affairs required by F.R.B.P. 1007, it is necessary to gather information from various documents and to compile information with regard to the creditors. The Debtor has been diligently compiling this information but requires additional time to complete this project.

7. The additional time requested will extend the due date for the Schedules and Statement of Financial Affairs to February 21, 2018, a date twelve (12) calendar days prior to the first meeting of creditors.

8. While the Debtor believes that the requested extension will provide sufficient time to permit the Debtor to complete and file the Schedules, the Debtor reserves the right to seek additional extensions on appropriate notice and motion to the Court.

9. Notice of this Motion has been provided to the Office of the United States Trustee for the Middle District of Florida, counsel to the secured creditors, the Debtor's 20 largest unsecured creditors, and all parties requesting notices, pursuant to FRBP 2002 and Local Rule 2002-1. The Debtor submits that no other or further notice need be provided.

10. No previous motion for the relief sought herein has been made to this or any other court.

**WHEREFORE**, Infinity Custom Homes, LLC, respectfully requests this Court enter an Order extending the time for filing the Schedules and Statements of Financial Affairs to Wednesday, February 21, 2018, a date nineteen (19) days from the Petition Date, and for such other and further relief as the Court deems just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 16th day of February 2018.

/s/R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice1@lseblaw.com
Daniel A. Velasquez
Florida Bar No. 0098158
dvelasquez@lseblaw.com
Latham, Shuker, Eden & Beaudine, LLP
111 N. Magnolia Ave, Suite 1400
P.O. Box 3353   (32802-3353)
Orlando, Florida   32801
Tel: 407-481-5800
Fax: 407-481-5801
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**                                      CASE NO.  6:18-bk-622-CCJ

**INFINITY CUSTOM HOMES, LLC,**        CHAPTER 11

        Debtor.
_____/

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true copy of the **MOTION FOR REXTENSION OF** TIME, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to:  Infinity Custom Homes, LLC, Attn:  David Croft and Caroline Croft; P.O. Box 352, Winter Park, FL 32790; Boyd Management, LLC, c/o James Moore, 1085 W Morse Blvd, Ste 220, Winter Park, FL 32790; Knight Spartan Fund, Series I, LP, c/o Lewis & Crichton, PO Box 1119, Winter Park, FL 32790; Patch of Land Lending LLC, c/o Kelvin Munemitsu, VP Ops, 15165 Ventura Blvd, Ste 200, Sherman Oaks, CA 91403; Patch of Land Lending LLC, c/o Mera Baker, Chief Counse, 15165 Ventura Blvd, Ste 200, Sherman Oaks, CA 91403; Selven Pursooramen and Vanessa Parsooramen, 6006 Sunset Isle Drive, Winter Garden, FL 34787, the Local Rule 1007-2 parties-in-interest, as shown on the matrix attached to the original of this motion filed with the Court; all parties who receive notice via CM/ECF in the ordinary course, and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 16th day of February 2018.

                                                   /s/ R. Scott Shuker
                                                   R. Scott Shuker

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-00622-CCJ<br>Middle District of Florida<br>Orlando<br>Fri Feb 16 08:33:37 EST 2018 | Infinity Custom Homes, LLC<br>PO Box 352<br>Winter Park, FL 32790-0352 | Alert All Security Inc<br>PO Box 916201<br>Longwood, FL 32791-6201 |
| Beaver Door And Trim<br>7000 Edgewater Dr<br>Orlando, FL 32810-4156 | Bellview Home Center<br>11655 US Hwy 441<br>Bellview, FL 34420-4561 | Coverings Inc<br>450 Commerce Way #104<br>Longwood, FL 32750-7596 |
| D&Y Sunshine State Svc Corp<br>2961 Estill St<br>Deltona, FL 32738-4228 | Electrical Partners of<br>Central Florida<br>510 Douglas Ave<br>Altamonte Springs, FL 32714-2595 | FRJ Remodeling<br>Attn: Jasser Garcia<br>538 N Winter Park Dr<br>Casselberry, FL 32707-3124 |
| Feely Developments<br>Attn: Ryan Feely<br>645 Pansy Ave<br>Winter Park, FL 32789-2432 | JC Plumbing Enterprises<br>Attn: John Calero<br>7628 Redwood Country Rd<br>Orlando, FL 32835-5145 | KEL MAC Management Trust LLC<br>Attn: Ken Kellaway<br>1 Kellaway Dr<br>Randolph, MA 02368-5074 |
| Knight Spartan Fund<br>Series I, LP<br>c/o Lewis & Crichton<br>PO Box 1119<br>Winter Park, FL 32790-1119 | Knight Spartan Fund Series I, LP<br>c/o Carolyn S. Crichton, Esq.<br>Lewis & Crichton<br>PO Box 1119<br>Winter Park, FL 32790-1119 | Lovelace Gas Service Inc<br>Attn: Gary Lovelace<br>10606 E Colonial Dr<br>Orlando, FL 32817-4497 |
| Natural Air Energy<br>326 Commerce Ct<br>Winter Haven, FL 33880-1280 | PB Interiors<br>Attn: Susan Pridgen<br>3090 Carmello Ave<br>Orlando, FL 32814-6754 | South Milhausen<br>Attn: Clay Deatherage, Esq<br>1000 Legion Place, Ste 1200<br>Orlando, FL 32801-1005 |
| Superior Custom Shutters<br>620 Douglas Ave, Ste 1302<br>Altamonte Springs, FL 32714-2546 | The Concrete Man<br>549 Wellon Ave<br>Orlando, FL 32833-3634 | Vileno Environmental<br>Attn: Nick Vileno<br>2895 Mercy Drive<br>Orlando, FL 32808-3807 |
| Waterline Pools and Spa, Inc<br>Attn: Vic Norberg<br>5605 Hansel Ave<br>Orlando, FL 32809-4215 | Wayne Slaymaker LLC<br>2573 Forsyth Road<br>Orlando, FL 32807-6451 | Wolfe-Rizor Interiors<br>Attn: Abigail Rizor<br>935 N Orange Ave<br>Winter Park, FL 32789-4767 |
| Carolyn S Crichton +<br>Lewis & Crichton<br>Post Office Box 1119<br>Winter Park, FL 32790-1119 | R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Elena L Escamilla +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27